UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ESTAVE PALACIOS | **ORDER CONSENTING DEFENDANT'S RESIDENCE INFORMATION**<br><br>Case Number 09-3595 |

WHEREAS, it has been demonstrated in the annexed affidavit of Daniel M. McGillycuddy that (i) Esteve Palacios legally resides at 851 Tomas Granillo, El Paso, Texas; (ii) the Bureau of Prisons incorrectly lists his address as 107-59 92nd Street, Ozone Park, New York; (iii) there is a need to correctly report Mr. Palacios legal address to enable him to serve his prison term in proximity to his wife and step-children if bed space is available; and (iv) the Bureau of Prisons requires three weeks to amend its records to effect where Mr. Palacios will be housed, it is hereby

ORDERED that the Bureau of Prisons allow Mr. Palacios an extension of his date to surrender to May 29, 2012 to allow the Bureau to correctly list Mr. Palacios residence as Tomas Granillo, El Paso, Texas.

Dated: Newark, New Jersey
    May 8, 2012

STANLEY R. CHESLER
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | **AFFIRMATION TO ORDER CONSENTING DEFENDANT'S RESIDENCE INFORMATION** |
|---|---|
| v. | |
| ESTAVE PALACIOS | Case Number 09-3595 |

Daniel M. McGillycuddy, being duly sworn, deposes and says:

I am the attorney of record for Defendant Esteve Palacios. As reported to Your Honor in correspondence dated May 1, 2012, Mr. Palacios legally resides with his wife, Tricia and her two step-children at Tomas Granillo, El Paso, Texas. Mr. Palacios, I am informed by his sister, New York Lawyer Joanna Palacios, has resided in Texas since 2000 and a copy of his Texas driving license is attached. He voted in Texas during the last Presidential election.

While the United States Probation Department correctly reports his address at the El Paso location, but the US Bureau of Prisons lists his address at that of his mother, 107-59 92nd Street, Ozone Park, Queens.

I have been informed by a US Bureau of Prisons representative, named Donna D. that the Bureau of Prisons will not change Mr. Palacios address unless ordered by the court to do so; and, if the address is not changed, Mr. Palacios will be required to surrender for his jail term in Brooklyn, New York, not at a location close to his wife and step-children if space is available.

I have also been informed by the aforesaid that the Bureau of Prisons needs at least 3 weeks to change Mr. Palacios' legal residence designation for this to be any change in his incarceration location.

Accordingly, I respectfully request that the annexed order be issued.

WHEREFORE, your affiant respectfully requests that the annexed order be issued.

Respectfully,

Sworn to this ___8th___ day of May, 2012.

_____
Notary Public

**DAVID MARCUS**
Notary Public, State of New York
No. 4873948
Qualified in New York County
Commission Expires October 20, 2014

A/74934459 1